Information to identify the case:

| | | |
|---|---|---|
| Debtor 1: | **Eric Dziadyk** | Social Security number or ITIN: xxx–xx–8577 |
| | First Name    Middle Name    Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: | | Social Security number or ITIN: _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 7    4/22/26 |
| Case number: | 26–14400–CMG | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Eric Dziadyk | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 262 Bennetts Lane<br>Somerset, NJ 08873 | |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey A. Lester<br>Braverman & Lester<br>3 University Plaza<br>Suite 207<br>Hackensack, NJ 07601 | Contact phone 201–487–5544<br><br>Email: jlester@bllaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800 |

**For more information, see page 2 >**

Debtor  **Eric Dziadyk**                                                                              Case number **26–14400–CMG**

| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: Monday thru Friday 9:00am – 4:00pm CLOSED ON WEEKENDS AND FEDERAL HOLIDAYS<br><br>Contact phone: 609–858–9333<br><br>Date: 4/23/26 |
|----|----|----|----|
| 7. | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 27, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 583 652 4764, Click on JOIN using passcode 4803431159, or call 1–908–417–6779**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 7/27/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**

United States Bankruptcy Court

District of New Jersey

| In re: | | Case No. 26-14400-CMG |
|---|---|---|
| Eric Dziadyk | | Chapter 7 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: 309A | Total Noticed: 113 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Dziadyk, 262 Bennetts Lane, Somerset, NJ 08873-5007 |
| 521081241 | + | A.G. Adjustments, Ltd., 1 Huntington Quadrangle #415N, Melville, NY 11747-4400 |
| 521081244 | #+ | AGP & Sons, Inc., 918 Charles Dr.,, Toms River, NJ 08753-5550 |
| 521081242 | + | Accurate Door & Hardware, 10 West End Rd., Totowa, NJ 07512-1406 |
| 521081243 | + | Affordable Fire Protection, 540 Hamilton Ave., Linwood, NJ 08221-1051 |
| 521081245 | + | Albert Kroll, Esq., Kroll, Heinman Ptasiewcz, 91 Fieldcrest Ave., Edison, NJ 08837-3662 |
| 521081246 | + | Amboy Floors, Inc., 381 Smith St., Perth Amboy, NJ 08861-3923 |
| 521081249 | + | Andrea Visgilo-McGrath, Esq., 1211 Hamburg Tpke., #217, Wayne, NJ 07470-5040 |
| 521081250 | + | Andrew R. Turner, Esq., 76 South Orange Avenue, South Orange, NJ 07079-1923 |
| 521081252 | | Annese Mechanical, 1745 Lakewood Rd., #3, Toms River, NJ 08755 |
| 521081254 | + | Artisan Title & Marble Co. of NJ, 468 Elizabeth Ave., Somerset, NJ 08873-5200 |
| 521081256 | + | Atlantic Plumbing Supply Corp., 2810 State Hwy 37 East, Toms River, NJ 08753-6118 |
| 521081261 | #+ | BNE Real Estate Group, 16 Microlab Rd., Suite A, Livingston, NJ 07039-1631 |
| 521081257 | + | Beacon Building Products, Five American Lane, Greenwich, CT 06831-2551 |
| 521081258 | + | Benmar Air Conditioning LLC, 65 Clifton Blvd., Clifton, NJ 07011-3800 |
| 521081259 | + | Berkley Insurance Co., 475 Steamboat Road, Greenwich, CT 06830-7144 |
| 521081260 | + | Bill Henry Tree Service, 20 Indian Hill Road, Brewster, NY 10509-6131 |
| 521081262 | + | Central Jersey Wrecking & Recycling, 158 Freindship Rd., Cranbury, NJ 08512-3407 |
| 521081263 | #+ | Charley's Painting, 146 Avenue C, #1, Bayonne, NJ 07002-7077 |
| 521081264 | + | Colonial Surety Co., 123 Tice Blvd. #250, Woodcliff Lake, NJ 07677-8447 |
| 521081265 | + | Columbia Bank, 19-01 Route 208 North, Fair Lawn, NJ 07410-2824 |
| 521081267 | + | Continental Insurance CO., 151 . Franklin St., Chicago, IL 60606-1915 |
| 521081268 | | Costal Insulation, 100 Lake Drive, Hightstown, NJ 08520-5364 |
| 521081269 | | Credit Collection Services, 725 Carlton St., Norwood, MA 02062 |
| 521081270 | + | D&M Electric LLC, 3 Borego Drive, Little Falls, NJ 07424-2761 |
| 521081271 | + | Danaous Group, LLC, PO Box 808, Caldwell, NJ 07007-0808 |
| 521081272 | + | Dancker, 291 Evans Way, Somerville, NJ 08876-3766 |
| 521081273 | + | DePalma Contracting, Inc., 2113 Route 37 East, Toms River, NJ 08753-5997 |
| 521081274 | + | Dept. of Labor and Workforce Development, 171 Jersey St., Bldg. 5, Trenton, NJ 08611-2400 |
| 521081276 | + | Direct Waste Services, PO Box 32009, Newark, NJ 07102-0409 |
| 521081277 | | Dwevelopers Surety & Indemnity, 54 maiden Lane, 54th FLoor, New York, NY 10038 |
| 521081284 | + | EUC Corporation of NJ, 2 Lakeview Ave., #2, Piscataway, NJ 08854-2700 |
| 521081279 | + | Eastern Atlantic States Carpenters Fund, 91 Fieldcrest Ave., #3, Edison, NJ 08837-3662 |
| 521081280 | + | Edison Board of Education, 312 Pierson Ave., Edison, NJ 08837-3106 |
| 521081281 | + | Environmental Climate Control, 51 Paterson Ave., Wallington, NJ 07057-1115 |
| 521081282 | + | Epic Millwork, LLC, 1022-G Hamilton St., Somerset, NJ 08873-3387 |
| 521081283 | + | Estech Systems, Inc., 6275 W. Plano Blvd., #500, Plano, TX 75093-4942 |
| 521081285 | + | Extech Building Materials, 15E Union Avenue, East Rutherford, NJ 07073-2127 |
| 521081286 | + | Fabulous Flooring & Kitchens, 2168 US Hwy 206, Belle Mead, NJ 08502-4008 |
| 521081287 | + | Foley Incorporated, 855 Centennial Ave., Piscataway, NJ 08854-3912 |
| 521081288 | + | Franklkin Twp., 475 Demott Lane, Somerset, NJ 08873-2797 |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: 309A | Total Noticed: 113 |

521081289    + FusionTech Data & electric, 102 Dorsa Ave., Livingston, NJ 07039-1003
521081290    + Green Hill Luxury Rentals, 200 Green Hill Manor Dr., Franklin Park, NJ 08823-2624
521081291    + Hedinger & Lawless, LLC, 23 Vreeland Road, #150, Florham Park, NJ 07932-2199
521081293    + High-Tech Coatings, LLC, 564 Palmer Ave.,, Middletown, NJ 07748-5170
521081294    + Inter. Union of Painters-Allied Trades, 9 Fadem Rd., Springfield, NJ 07081-3103
521081295    + International Union of Operatin Engineer, 65 Springfield Ave., 3rd Fl, Springfield, NJ 07081-1308
521081298    + JRALL LLC, 407 Mulbery St, 2nd Floor, Newark, NJ 07102-3434
521081296    + Jaeger Lumber & Supply Co., 1238 Valley Road, Stirling, NJ 07980-1489
521081297      Jani-King of New Jersey, PO Box 415294, Boston, MA 02241-5294
521081299      Justin Garjet Tsai, 144 Ivanhoe Drive, Paramus, NJ 07652-4135
521081300    + Kroll, Heineman, Ptasiewicz & Parsons, 91 Fieldcrest Ave., #3, Edison, NJ 08837-3662
521081301    + Kushner Real Estate Group, 515 Marin Blvd., Jersey City, NJ 07302-1733
521081302    + Marchionda & Ferrer, PA, 950 Clifton Ave., Clifton, NJ 07013-2708
521081303    + Mark S. Hochman, Esq., Offices of Stephen Gertler, PO Box 1447, Belmar, NJ 07719-1447
521081304      Megan Engstrom Bonner, Esq., Duane Morris, 30 South 17th Street, Philadelphia, PA 19103-4196
521081305    + Mehl Electric Co., Inc., 74 S. Main St., Pearl River, NY 10965-2492
521081307    + Metro Special Inspections, 178 10th St., Suite A, Piscataway, NJ 08854-1974
521081309    + Meyber & Landis, LLP, One Gateway Center, #2500, Newark, NJ 07102-5396
521081311    + Monroe Twp. Utility Dept., 123 Union Valley Rd., Monroe Township, NJ 08831-5960
521081317      NJ Building Laborers Benefit Fund, 485 US-1 South, Suite B401, Iselin, NJ 08830
521081312    + National Domains, LLC, PO Box 14993, Saint Louis, MO 63178-4993
521081313      New Jersey Dept. of Labor & Workforce, PO Box 389, Trenton, NJ 08625-0389
521081314      New Jersey Hardwoods, 1340 W. Front St., Plainfield, NJ 07063-1127
521081315    + New Jersey Schools Insurance Group, 6000 Midlantic Dr., #300, Mount Laurel, NJ 08054-1516
521081316    + New York State Insurance Fund, PO Box 66699, Albany, NY 12206-6699
521081318    + Otis Elevator Company, 105 Fairfield Road, Fairfield, NJ 07004-2498
521081319    + Parillon Brothers Construction Corp., 625 Broad St., #240, Newark, NJ 07102-4417
521081320    + Patwood Roofing Co., 3 Pekman Road, Little Falls, NJ 07424-1631
521081322    + Pound Ridge FIre District, 80 Westchester Ave., Pound Ridge, NY 10576-1744
521081323    + Precision Concrete Inc., 37 Woodland Rd., #2, Roseland, NJ 07068-1219
521081324      Premier Fire Alarm & Integration, 430 Ansin ABlvd., Suite M, Hallandale, FL 33009
521081325    + R3 Capital Partners, 320 1st Street North, #615, Jacksonville Beach, FL 32250-6947
521081326    + Rbuild, LLC, 45 N. Spring St., Bloomfield, NJ 07003-3817
521081327      Robert Stern, Esq., Devere Steves Black & Cozad, Roseland, NJ 07068
521081328    + Robinson Steel Co., 220 Ford St., Norristown, PA 19401-5113
521081329    + Rose Suriano, Esq., Brach Eichler, LLC, 101 Eisenhower Parkway, Roseland, NJ 07068-1053
521081330    + Rusco Window Co., Inc., PO Box 874, Bound Brook, NJ 08805-0874
521081331    + Salvi Steel Fabricators LLC, PO Box 520, Oakland, NJ 07436-0520
521081332    + Sergeant Paint, LLC, 90 Wall St., Metuchen, NJ 08840-2858
521081334    + Suburban Carting Co., 566 N. State Road, Briarcliff Manor, NY 10510-1522
521081335    + Sunrun, 600 Californiua St., 18th FLoor, San Francisco, CA 94108-2711
521081336    + TAH Construction, LLC, 2168 Highway 206, Belle Mead, NJ 08502-4008
521081337    + Taj Mahal Contracting Corp., 719 Coney Island Ave. #1, Brooklyn, NY 11218-4306
521081339   #+ Tekcon Construction Inc., 285 Davidson Ave., #201, Somerset, NJ 08873-4153
521081341      Todd Devin Food Equipment, 668 Stony Hill Rd., #129, Prospect Park, PA 19076
521081342    + U.S. Small Business Admnistration, 2 North 20th St., #320, Birmingham, AL 35203-4002
521081343    + United Metal & Gladd, Inc., 106 South Statea Street, Hackensack, NJ 07601-3920
521081344    + United Poles Federal Credit Union, 412 New Brunswick Ave., Perth Amboy, NJ 08861-3970
521081345      United Rentals, 14029 All Angesls Road, Wappingers Falls, NY 12590
521081347      Vacation Village at Parkway, PO Box 78843, Phoenix, AZ 85062-8843
521081348    + Vizcaya Condominium Assoc., 12 Metzger Dr., West Orange, NJ 07052-6630
521081350    + Washington Township, 350 Hudson Ave., Township of Washington, NJ 07676-4731
521081351    + Westcraft Builders, Inc, 63 Beaverbrook, #204, Lincoln Park, NJ 07035-1440
521081352      White & Willliams, LLP, 1650 Market St., One Liberty Plaza, Suite 1800, Philadelphia, PA 19103-7395

TOTAL: 95

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: jlester@bllaw.com | | |
| | | Apr 23 2026 21:38:00 | Jeffrey A. Lester, Braverman & Lester, 3 University Plaza, Suite 207, Hackensack, NJ |

District/off: 0312-3        User: admin        Page 3 of 4

Date Rcvd: Apr 23, 2026        Form ID: 309A        Total Noticed: 113

| | | | | |
|---|---|---|---|---|
| | | | | 07601 |
| tr | + | EDI: QDESTRAFFI.COM | Apr 24 2026 01:03:00 | Daniel E. Straffi, Straffi & Straffi, LLC, 670 Commons Way, Toms River, NJ 08755-6431 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 23 2026 21:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 23 2026 21:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521081241 | + | Email/Text: bknotices@dandsltd.com | Apr 23 2026 21:40:00 | A.G. Adjustments, Ltd., 1 Huntington Quadrangle #415N, Melville, NY 11747-4400 |
| 521081248 | + | Email/PDF: bncnotices@becket-lee.com | Apr 23 2026 21:41:22 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 521081247 | | Email/PDF: bncnotices@becket-lee.com | Apr 23 2026 21:41:21 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 521081253 | + | Email/Text: jga@ansellgrimm.com | Apr 23 2026 21:40:00 | Ansell, Grimm & Aaron, 1500 Lawrence Ave., CN7807, Ocean, NJ 07712-7629 |
| 521081255 | + | Email/Text: wwilde@aspennational.com | Apr 23 2026 21:39:00 | Aspen National Collections, PO Box 10689, Brooksville, FL 34603-0689 |
| 521081266 | + | EDI: COMCASTCBLCENT | Apr 24 2026 01:03:00 | Comcast Business, 676 Island Pond Rd., Manchester, NH 03109-4840 |
| 521081292 | | Email/Text: Bankruptcy@hercrentals.com | Apr 23 2026 21:38:00 | Herc Rentals, Inc., 27500 Review Center Blvd., #100, Bonita Springs, FL 34134 |
| 521081306 | | EDI: MERCEDES | Apr 24 2026 01:03:00 | Mercedes-Benz Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 521081278 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 23 2026 21:38:00 | E-ZPass Customer Service Center, 375 Route NJ-21,, Newark, NJ 07114 |
| 521081321 | ^ | MEBN | Apr 23 2026 21:33:16 | Pipp Mobile Storage Systems, 2966 Wilson Drive NW, Grand Rapids, MI 49534-7592 |
| 521081333 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Apr 23 2026 21:40:00 | State Farm Indemnity Co., One State Farm Plaza, Bloomington, IL 61710-0001 |
| 521081338 | + | EDI: TDBANKNORTH.COM | Apr 24 2026 01:03:00 | TD Bank, 4140 Church Road, Mount Laurel, NJ 08054-2221 |
| 521081310 | | Email/Text: dlippincott@monroetwp.com | Apr 23 2026 21:39:00 | Monroe Township, 1 Municipal Plaza, Monroe Township, NJ 08831 |
| 521081346 | + | Email/Text: CorporateCollections@unitedsiteservices.com | Apr 23 2026 21:38:00 | United Site Services, 118 fLANDERS rD., Westborough, MA 01581-1035 |
| 521081349 | + | Email/Text: laurie@vossklein.com | Apr 23 2026 21:40:00 | Voss & Klein, LLC, 49 N. Federak Hwy., #316, Pompano Beach, FL 33062-4304 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521081340 | | Tekcon Construction, Inc. |
| 521081251 | *+ | Andrew R. Turner, Esq., 76 South Orange Ave., South Orange, NJ 07079-1923 |
| 521081308 | *+ | Metro Special Inspections, LLC, 178 10th St., Suite A, Piscataway, NJ 08854-1974 |
| 521081275 | ##+ | Designer Sign Systems, 189 Meister Ave., Somerville, NJ 08876-3464 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

District/off: 0312-3                             User: admin                                Page 4 of 4

Date Rcvd: Apr 23, 2026                      Form ID: 309A                          Total Noticed: 113

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                    Signature:        /s/Gustava Winters