Certificate Number: 15317-NJ-DE-040920035

Bankruptcy Case Number: 26-14400



15317-NJ-DE-040920035

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 30, 2026, at 8:18 o'clock AM PDT, Eric Dziadyk completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   April 30, 2026          By:     /s/Christel Raz

Name:  Christel Raz

Title:   Counselor