**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

McKENNA, DuPONT, STONE & WASHBURNE

Michael R. DuPont, Esquire (MRD/2077)

PO Box 610

229 Broad Street

Red Bank, NJ 07701-0610

732.741.6681

Counsel for United Poles Federal Credit Union

| | |
|---|---|
| In Re:<br><br>Eric Dziadyk | Case No. 26-14400<br><br>Chapter: 7<br><br>Judge: CMG |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of United Poles Federal Credit Union.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

McKENNA, DuPONT, STONE & WASHBURNE
Attention: Michael R. DuPont, Esquire
PO Box 610
229 Broad Street
Red Bank, NJ 07701-0610
Email: dupont@redbanklaw.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐  All documents and pleadings of any nature.

McKENNA, DuPONT, STONE & WASHBURN, PC
Counsel to United Poles Federal Credit Union

*/s/ Michael R. DuPont, Esquire*
MICHAEL R. DuPONT, Esq.

Dated: May 8, 2026

*new.8/1/15*