UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(b)

**STARK & STARK, PC**
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 791-7022
jlemkin@stark-stark.com
*Counsel to*

|  |  |
|---|---|
| In re: | Case No. 26-14400-CMG |
| Eric Dziadyck. | Chapter 7 |
| Debtor. | Hearing Date: |
|  | Honorable |

**CERTIFICATION OF RICHARD ABORN IN SUPPORT OF THE VIZCAYA CONDOMINIUM ASSOCIATION, INC.'S MOTION FOR ENTRY OF ORDER (I) CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY OR, IN THE ALTERNATIVE, (II) GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) TO PERMIT CONTINUATION OF STATE COURT LITIGATION**

Richard Aborn certify that the foregoing are true statements:

1. I am the Vice President of the Board of Trustees of the Vizcaya Condominium Association, Inc. (Association).

2. The Association filed litigation in the Superior Court of New Jersey, Essex County in 2017, related to, among other claims. construction defects in the stucco and stone veneer cladding installed on multiple townhome and condominium buildings located in the Vizcaya community, 1 Metzger Drive, West Orange, New Jersey 07052 (State Court Litigation).

3. The defective cladding materials have allowed water to intrude into the buildings resulting in substantial property damage to common elements that the Association is responsible for maintaining and repairing.

4. The claims asserted by the Association in the State Court Litigation include breach of contract, breach of warranties, negligence, and consumer fraud. A copy of the most recent complaint is attached hereto as **Exhibit A**.

5. Mr. Eric Dziadyk is the owner of a defendant in named in the State Court Litigation called Tekcon Construction, Inc. Tekcon was one of the contractors that installed the defective stucco and stone veneer on the Vizcaya buildings.

6. The Association has sustained damages related to the defective stucco and stone veneer cladding in an amount no less than $37,823,862.00, caused in part by the Company's defective work.

7. As of the date of Mr. Dziadyk's bankruptcy filing, the State Court Litigation is scheduled to begin trial on June 1, 2026.

8. On or about April 22, 2026 (the "Petition Date"), the Debtor filed his voluntary petition commencing the above-captioned case under Chapter 7 of the Bankruptcy Code. The petition is attached hereto as **Exhibit B.**

9. Tekcon Construction, Inc. is a separate legal entity. It has not filed a petition for bankruptcy relief, and there is no bankruptcy case pending for the Company. Ibid.

10. Tekcon Construction, Inc. is not listed as a co-debtor in this bankruptcy case, nor has Mr. Dziadyk sought to extend the automatic stay to Tekcon Construction, Inc. by motion or otherwise. Ibid.

11. Tekcon Construction, Inc. is out of business and has been "dissolved without assets" according to the New Jersey Department of the Treasury records. See **Exhibit C** attached hereto.

I certify that the following statements by me are true and correct to the best of my knowledge.

Dated: May 24, 2026

Richard Aborn