```
Status Report For:        TEKCON CONSTRUCTION INC
Report Date:              5/22/2026
Confirmation Number:      261424110412
```

## IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION

```
Business ID Number:       0400136221
Business Type:            DOMESTIC PROFIT CORPORATION
Status:                   DISSOLVED WITHOUT ASSETS
Original Filing Date:     06/20/2006
Stock Amount:             1000
Home Jurisdiction:        NJ
Status Change Date:       01-10-2026
```

## REVOCATION/SUSPENSION INFORMATION

```
DOR Suspension Start      01-16-2015
Date:
DOR Suspension End        08-13-2015
Date:
Tax Suspension Start      N/A
Date:
Tax Suspension End        N/A
Date:
```

## ANNUAL REPORT INFORMATION

```
Annual Report Month:      JUNE
Last Annual Report        01/10/2026
Filed:
Year:                     2025
```

## AGENT/SERVICE OF PROCESS (SOP)INFORMATION

```
Agent:                    IDA DZIADYK
Agent/SOP Address:        262 BENNETTS LANE ,SOMERSET,NJ,08873
Address Status:           DELIVERABLE
Main Business Address:    285 Davidson Ave Suite 201, SOMERSET, NJ,
                          08873
Principal Business        N/A
Address:
```

## ASSOCIATED NAMES

```
Associated Name:          N/A
Type:                     N/A
```

## PRINCIPALS

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

|  |  |
|---|---|
| Title: | PRESIDENT |
| Name: | DZIADYK,ERIC |
| Address: | 262 BENNETTS LANE, SOMERSET, , , |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

|  |  |
|---|---|
| Original Filing (Certificate)Date: | 2006 |

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| Dissolved Without Assets | 2026 |
| REVOKED FOR FAILURE TO PAY ANNUAL REPORTS | 2012 |
| REVOKED FOR FAILURE TO PAY ANNUAL REPORTS | 2015 |
| REINSTATED (ANNUAL REPORTS) | 2014 |
| REINSTATED (ANNUAL REPORTS) | 2015 |
| REINSTATEMENT PROCESS PENDING | 2012 |
| REINSTATEMENT PROCESS PENDING | 2015 |
| Annual Report Filing with address change | 2022 |
| Annual Report filing with officer/member change | 2015 |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.