**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**STARK & STARK, PC**
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 791-7022
*Attorneys for The Vizcaya Condominium Association,
Inc.*

In re:

Eric Dziadyck,

      Debtor.

Case No. 26-14400 (CMG)

Chapter 7

### ORDER CONFIRMING THAT VIZCAYA CONDOMINIUM ASSOCIATION, INC. IS NOT STAYED FROM PROCEEDING WITH STATE COURT LITIGATION AND WAIVING STAY PURSUANT TO RULE 4001(a)(3)

The Relief set forth in the following page two (2) is hereby **ORDERED**.

1

Upon consideration of  The Vizcaya Condominium Association, Inc.'s ("Movant") Motion for Order (I) Confirming That the Automatic Stay Does Not Apply, Or In The Alternative, (II) Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) (the "Motion"), and it appearing to the Court that all the requirements of Sections 362 of Bankruptcy Code, as well as the Local Rules of the United States Bankruptcy Court for the District of New Jersey, have been satisfied; after due deliberation and sufficient and good cause appearing therefore and for the reasons set forth on the record;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED in its entirety;

2.      The automatic stay pursuant to 11 U.S.C. 362 does not apply to Movant's continued prosecution of litigation styled as *Vizcaya Condominium Association, Inc. v. Northfield Mass Associates, L.L.C., et al.,* Docket ESX-L-7766-17 (the "State Court Litigation");

3.      Alternatively, Movant is granted relief from the automatic stay pursuant to 11 U.S.C. § 362 (d) to proceed with the State Court Litigation.

4.      The stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived.  This order is immediately effective, and Movant may immediately continue prosecution of the State Court Litigation.

5.      This Court shall retain jurisdiction over all matters arising from or related to the interpretation and/or implementation of this Order;

6.      Movant shall serve this order on the Debtor, Debtor's counsel, the Trustee, and any other party who entered an appearance on the Motion.

2

4897-3069-1759, v. 1