UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STARK & STARK, PC
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 791-7022
jlemkin@stark-stark.com
Counsel to The Vizcaya Condominium Association,
Inc.

In Re:


Eric Dziadyck.


Debtor.

Case No.: ____26-14400-CMG____

Chapter: _____7_____

Hearing Date: _____

Judge: ____Christine M. Gravelle____

## APPLICATION FOR ORDER SHORTENING TIME

The applicant _Stark & Stark, A Professional Corportion_, on behalf of
_The Vizcaya Condominium Associat_ requests that the time period to/for
_its Stay Relief Motion_ as required by _Bankruptcy Rule 4001(a)_ be shortened
pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   A trial is scheduled for June 1, 2026.  Insurance defense counsel has raised the
   question of whether the automatic stay in this case should stay the trial.

2. A hearing is requested on or before:
   May 28, 2026

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).


The applicant requests entry of the proposed order shortening time.


Date: __05/25/2026_____          /s/ Joseph H. Lemkin_____
                                       Signature

*rev.5/19/2025*