UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STARK & STARK, PC
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 791-7022
jlemkin@stark-stark.com
Counsel to The Vizcaya Condominium Assocation, Inc.

**Order Filed on May 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Eric Dziadyck.

Debtor.

Case No.: ___26-14400 (CMG)___

Chapter: _____7_____

Judge: ___Christin M. Gravelle___

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: May 26, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

After review of the application of __The Vizcaya Condominium Association, Inc.__ for a reduction of time for a hearing on __Motion For Entry of Order (I) Confirming That The Automatic Stay Does Not Apply or Alternatively for Relief from the Automatic Stay__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __May 28, 2026__ at __10:00 am__ in the United States Bankruptcy Court, 402 E. State Street, Trenton, NJ 08608 Courtroom No. __3__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Debtor, Debtor's Attorney and Trustee

by ☒ each, ❏ any of the following methods selected by the Court:

❏ fax, ☒ overnight mail, ❏ regular mail, ☒ email, ❏ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ❏ each, ❏ any of the following methods selected by the Court:

❏ fax, ❏ overnight mail, ❏ regular mail, ❏ email, ❏ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❏ within _____ day(s) of the date of this Order.

5. Notice by telephone:

❏ is not required

☒ must be provided to Debtor, Debtor's attorney and trustee

❏ on the same day as the date of this Order, or

❏ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*