**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**Order Filed on May 28, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**STARK & STARK, PC**
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone (609) 791-7022
*Attorneys for The Vizcaya Condominium Association, Inc.*

In re:

Eric Dziadyck,

      Debtor.

Case No. 26-14400 (CMG)

Chapter 7

**ORDER CONFIRMING THAT VIZCAYA CONDOMINIUM ASSOCIATION, INC. IS
NOT STAYED FROM PROCEEDING WITH STATE COURT LITIGATION
AND WAIVING STAY PURSUANT TO RULE 4001(a)(3)**

The Relief set forth in the following page two (2) through three (3) is hereby **ORDERED**.

**DATED: May 28, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon consideration of The Vizcaya Condominium Association, Inc.'s ("Movant")

Motion for Order (I) Confirming That the Automatic Stay Does Not Apply, Or In The

Alternative, (II) Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) (the

"Motion"), and it appearing to the Court that all the requirements of Sections 362 of Bankruptcy

Code, as well as the Local Rules of the United States Bankruptcy Court for the District of New

Jersey, have been satisfied; after due deliberation and sufficient and good cause appearing

therefore and for the reasons set forth on the record;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED in its entirety;

2.      The automatic stay pursuant to 11 U.S.C. 362 does not apply to Movant's

continued prosecution of litigation styled as *Vizcaya Condominium Association, Inc. v. Northfield*

*Mass Associates, L.L.C., et al.,* Docket ESX-L-7766-17 (the "State Court Litigation");

3.      Alternatively, Movant is granted relief from the automatic stay pursuant to 11

U.S.C. § 362 (d) to proceed with the State Court Litigation, provided, however, that nothing

herein shall be construed as authorizing the prosecution of claims against the Debtor

individually; rather, this Order is limited to permitting the continuation of the State Court

Litigation against all non-debtor defendants, including Tekcon Construction, Inc.

4.      For the avoidance of doubt, Movant shall not file a proof of claim or otherwise

seek a distribution from Debtor's estate.  In addition, regarding Tekcon Construction, Inc.,

Movant will proceed against its insurance policy only.

5.      The stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby

waived.  This order is immediately effective, and Movant may immediately continue prosecution

of the State Court Litigation.

4916-8548-3440, v. 1

6.      This Court shall retain jurisdiction over all matters arising from or related to the

interpretation and/or implementation of this Order;

7.      Movant shall serve this order on the Debtor, Debtor's counsel, the Trustee, and

any other party who entered an appearance on the Motion.

4916-8548-3440, v. 1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 26-14400-CMG

Eric Dziadyk                                                                                         Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Dziadyk, 262 Bennetts Lane, Somerset, NJ 08873-5007 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel E. Straffi | bktrustee@straffilaw.com  G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Jeffrey A. Lester | on behalf of Debtor Eric Dziadyk jlester@bllaw.com |
| Joseph H. Lemkin | on behalf of Interested Party Vizcaya Condominium Association  Inc. jlemkin@stark-stark.com |
| Michael R. DuPont | on behalf of Creditor United Poles Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Seth Ptasiewicz | on behalf of Creditor New Jersey Building Laborers Statewide Benefit Funds sptasiewicz@krollfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: May 29, 2026                       Form ID: pdf903                                Total Noticed: 1
TOTAL: 6